The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. Deshay Arkel Stith
   v. Commonwealth of Virginia
   Record No. 1548-14-2
   Opinion rendered by Judge Beales on
   July 7, 2015